ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
JAN 1 2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FRANK NICHOLAS PEREZ,<br><br>    Petitioner,<br><br>    v.<br><br>LE ANN CHRONES, et al.,<br><br>    Respondents. | Case No.  EDCV 08-00679 SJO (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated:  January 12, 2011

*S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 1 2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY